# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT NASHVILLE
### Assigned on Briefs December 10, 2003

## STATE OF TENNESSEE v. ROGER V. ALEXANDER

**Direct Appeal from the Circuit Court for Humphreys County**
**No. 10125     Allen W. Wallace, Judge**

---

**No. M2002-02185-CCA-R3-CD - Filed March 2, 2004**

---

DAVID G. HAYES, Judge, concurring.

I join with the majority in concurring that the Defendant is not entitled to the alternative sentence of Community Corrections. The Defendant is a Range II multiple offender, possessing a criminal history evincing a clear disregard for the law and whose past efforts at rehabilitation have failed. Thus, in the absence of evidence to the contrary, he is not entitled to the presumption in favor of alternative sentencing. Tenn. Code Ann. § 40-35-102(6). For this reason, I would affirm.

_____
David G. Hayes, Judge